128 A.3d 1201

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Mr. Jason PARKER, Petitioner.**

**No. 136 EM 2015.**

Supreme Court of Pennsylvania.

Dec. 21, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2015, the Application for Leave to File Original Petition is **GRANTED,** and the Application for an Immediate Hearing and the Petition for Writ of Habeas Corpus are **DENIED.**